IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00320-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MERTON, et. al.

      Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      This matter is before the Court on Jeffrey S. Pagliuca's Motion for Removal From ECF Distribution List. This Court, being fully apprised of the premises herein, **GRANTS** Pagliuca's Motion for Removal From ECF Distribution List.

      Dated: November 27, 2006